**Order entered May 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01284-CV

### KENNETH LEO BUHOLTZ, Appellant

### V.

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-02337-2018**

## ORDER

Before the Court is appellant's May 15, 2019 "Clerk's Record Request for Companion Case #006-01691-2018", which is currently pending in the trial court. We **DENY** the motion.

We **DIRECT** the Clerk of this Court to send appellant a paper copy of the clerk's record filed on December 3, 2018 and the supplemental clerk's record filed on May 3, 2019. On the Court's own motion, we extend the time for appellant's brief on the merits to **June 20, 2019**.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE